**Electronically Filed
Supreme Court
SCPW-23-0000470
16-OCT-2023
02:28 PM
Dkt. 11 ODDP**

SCPW-23-0000470

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE ALICE TOLENTINO

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Cahill and Circuit Judge Souza,
assigned by reasons of vacancies)

Upon consideration of the submissions from Alice Tolentino, filed with this court as a petition for a writ of mandamus, we conclude the petitioner fails to demonstrate a clear and indisputable right to relief. <u>See</u> <u>Straub Clinic & Hospital v. Kochi</u>, 81 Hawaiʻi 410, 414, 917 P.2d 1284, 1288 (1996). Therefore,

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, October 16, 2023.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Peter T. Cahill
/s/ Kevin A.K. Souza

